UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JACOBY BAILEY | CASE NO. 3:20-CV-00362 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LLOYD D. NABORS DEMOLITION, L.L.C., ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 31], having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE,** for lack of subject matter jurisdiction.

MONROE, Louisiana, this 30th day of June, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE